IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARRIE BRUNS, STEPHANIE THOMPSON, GWENDOLYN WILLIAMS, and others similarly situated, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | CIVIL ACTION NO. 1:11-CV-3548-AT |
| POSITIVE CARE PERSONAL CARE HOMES, INC., a Georgia corporation, MARY L. WILLIAMS, and REUBEN L. ADAMS, | : : : : : | |
| Defendants. | : : | |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Reconsideration of Court's Order Sanctioning Plaintiffs' Counsel [Doc. 51]. The Court conducted a hearing on Plaintiffs' Motion for Reconsideration on August 29, 2012. In light of Plaintiffs' counsel's apology for unnecessarily pursuing the Motion for Entry of Default against Defendant Reuben L. Adams, Plaintiffs' motion, [Doc. 51], is **GRANTED**, and the Court **WITHDRAWS** the reprimand issued on May 31, 2012, [Doc. 47], under Fed. R. Civ. P. 11.

It is **SO ORDERED** this 29th day of August, 2012.

_____
**AMY TOTENBERG**
UNITED STATES DISTRICT JUDGE